**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **DARIES SHERRILLS,** | ) | CASE NO. 1:17 CV 30 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | <u>**OPINION AND ORDER**</u> |
| | ) | |
| **COMMISSIONER OF SOC. SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the Court upon the Report and Recommendation of Magistrate Judge Jonathan D. Greenberg who recommends that the Court deny Plaintiff's Motion for Default Judgment (**Doc #: 8**), Motion for Hearing on Default Judgment (**Doc #: 11**) and Motion to Strike Answer (**Doc #: 15**). (**Doc #: 16** ("R & R")). The Court has reviewed the Motions, the R & R, and Plaintiff's Objection (**Doc #: 17**), and agrees with the Magistrate Judge's recommendation.

It is undisputed that the Commissioner timely filed her Answer and Transcript on March 28, 2017, following two extensions of time *granted by Magistrate Judge Greenberg*. (See Doc #: 9 (first motion for extension) and non-document order of 3/14/2017 (granting motion); Doc #: 12 (second motion for extension) and non-document order of 3/28/2017 (granting motion)). Consequently, default judgment is not appropriate in this case.

Accordingly, the Court **DENIES** Plaintiff's pending Motions (**Doc ##: 8, 11 and 15**), **OVERRULES** the Objection (**Doc #: 17**), and **ADOPTS** the thorough and correct analysis of the record and the law articulated by the Magistrate Judge in the R & R (**Doc #: 16**).

**IT IS SO ORDERED.**

                                                   */s/ Dan A. Polster   April 18, 2017*
                                                   **Dan Aaron Polster
                                                   United States District Judge**