# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **DARIES SHERRILLS,** | ) | CASE NO. 1:17-CV-30 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | **OPINION AND ORDER** |
| | ) | |
| **COMMISSIONER OF SOC. SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the Court upon the Report and Recommendation ("R&R") of Magistrate Judge Jonathan D. Greenberg who recommends that the Court affirm the Commissioner of Social Security's ("Commissioner") final decision denying Plaintiff Daries Sherrills's application for child's insurance benefits. The Court has reviewed the R&R (**Doc. #26**) and Plaintiff's Objection (**Doc. #27**). The ALJ and R&R concluded that Plaintiff Mr. Sherrills failed to establish the existence of an impairment during the relevant period between ages 18 and 22. *See* R&R at 9 *and* Tr. At 61. Such a finding is required in order for Mr. Sherrills to qualify for child's insurance benefits. This Court agrees with the ALJ and R&R.. Accordingly, the Court **OVERRULES** Plaintiff's Objection (**Doc. #27**) and **ADOPTS** the

thorough and correct analysis of the record and law articulated by Magistrate Judge Greenberg in the R&R (**Doc. #26**).

As also noted by Magistrate Judge Greenberg in his R&R, Mr. Sherrills is permanently enjoined from filing any further documents in this case and with this Court without first obtaining leave. *See Sherrills v. Ghee*, 1:97cv2928 (N.D. Ohio 1998). Should Mr. Sherrills desire to file any documents in the future–although the Court discourages him from doing so–he must first obtain leave from the Court.

> */s/ Dan A. Polster     Nov. 2, 2017*
> **DAN AARON POLSTER**
> **UNITED STATES DISTRICT JUDGE**